

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| COLLIN McCLEARY, | § | No. 08-24-00116-CV |
| Appellant, | § | Appeal from the |
| v. | § | 109th District Court |
| CTL CORP., | § | of Winkler County, Texas |
| Appellee. | § | (TC# DC20-17766) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal, and that this decision be certified below for observance.

IT IS SO ORDERED this 11th day of June 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.
Palafox, J., concurring without written opinion